# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3660

_____

Robert Tarpley

*Plaintiff - Appellant*

v.

Scott Fisher, Warden

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: April 23, 2015
Filed: April 28, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Federal inmate Robert Tarpley appeals from the order of the District Court[1] denying his 28 U.S.C. § 2241. After careful de novo review, we conclude that the District Court properly denied Tarpley's petition for the reasons explained by that court. See Mitchell v. U.S. Parole Comm'n, 538 F.3d 948, 951 (8th Cir. 2008) (per curiam) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————————

[1] The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.